# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

FIRST NATIONAL INS. CO., §
§
**Plaintiff** §
§ Case Number: 3-06CV2237-K
v. §
§
BURDEN BROTHERS et. al., §
§
**Defendant**

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 20 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy**

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) **Beard and Harris**, with offices at **100 Independence Place #301** (Street Address)

**Tyler** (City), **TX** (State), **75703** (Zip Code), **903-509-4900** (Telephone No.)

**II.** Applicant will sign all pleadings with the name **Ty Beard**.

**III.** Applicant has been retained personally or as a member of the above-named firm by

Burden Brothers, Inc., JW Burden Partners, Ltd., Jerry Burden, Estate of Peggy J. Burden

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of **Texas**, where Applicant regularly practices law.

Bar license number: **00796181**   Admission date: **November 1. 1996**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| None | |

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is  not req; office w/in 50 mi. of District who has offices at _____,
        (Address)
_____.
(Telephone No.)

**XI.**   Check the appropriate box below.

   For Application in a **Civil Case**

   ☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___15___ day of _____March_____, 20__07__.

_____Ty Beard, Attorney at Law_____
Printed Name of Applicant

_____[signature]_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this ___15___ day of _____March_____, ___2007___.

_____Ty BEARD_____
Printed Name of Applicant

_____[signature]_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

___3/20/2007___                        ___Ed Kinkeade___
DATE                                   JUDICIAL OFFICER